[In Bank.—December 10, 1883.]

# GEORGE B. KNOWLES, RESPONDENT, v. HENRY W. SEALE, APPELLANT.

STREET ASSESSMENT—JURISDICTION OF BOARD OF SUPERVISORS.—When the grade and width of a street in San Francisco have been officially established, it is competent for the board of supervisors to order the street to be planked although it may not have been graded.

PLEADING—FINDINGS.—A failure to find on an immaterial issue tendered by the pleadings is not error.

APPEAL from a judgment of the Superior Court of the city and county of San Francisco.

Action to enforce a street assessment. The facts sufficiently appear in the opinion.

*Stewart, Vanclief & Herrin,* and *D. H. Whittemore,* for Apellant.

*C. H. Parker,* for Respondent.

PER CURIAM.—The allegation of the defendant that the portion of the street which the board of supervisors ordered planked had not been graded to the official grade, did not raise a material issue. Therefore the omission to find on it was not error. The board had jurisdiction after notice of its intention had been published to order a street, the grade and width of which had been officially established, planked; and it was not denied that the grade and width of this street had been officially established before the board ordered it planked, or gave notice of its intention to order it planked.

Judgment affirmed.

Petition for a rehearing denied.